UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>VIJAY PANCHOLY, et al.,<br><br>    Defendants. | Case No. 17-cv-06175-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 9 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: February 2, 2018

_____
WILLIAM H. ORRICK
United States District Judge